```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON


GLEN ALLEN TRUSTY,              )
                                )
     Plaintiff,                 )    Civil Case No.
                                )    5:20-cv-26-JMH
v.                              )
                                )        JUDGMENT
KILOLO KIJAKAZI,                )
ACTING COMMISSIONER OF SOCIAL   )
SECURITY,                       )
                                )
     Defendant.                 )
```

                                 ***

In accordance with the Court's Order entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g),

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant Commissioner's decision denying Plaintiff's disability claim is **AFFIRMED**;

(2) Judgment is **ENTERED** in favor of Defendant Commissioner;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(4) This matter is **DISMISSED** and **STRICKEN FROM THE COURT'S ACTIVE DOCKET**; and

(5) This is a **FINAL** and **APPEALABLE JUDGMENT,** and there is no just cause for delay.

This 5th day of August, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge